PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 24 2026

BY
DEPUTY__________

IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF TEXAS
Beaumont DIVISION

James Karbowski 1675112
Plaintiff's Name and ID Number

Leblanc unit
3695 FM 3514 Beaumont, TX 77705
Place of Confinement

CASE NO. 1:26cv310
(Clerk will assign the number)

v.

Stephanie Zepeda
2400 Avenue I, Huntsville, TX, 77340
Defendant's Name and Address

Charles Christy
3695 FM 3514 Beaumont, TX, 77705
Defendant's Name and Address

Frank Saunders
3695 FM 3514 Beaumont, TX 77705
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES ___ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: July 8 2025
2. Parties to previous lawsuit:
   Plaintiff(s) James Karbowski
   Defendant(s) Johnathan Garcellano E.T. AL.
3. Court: (If federal, name the district; if state, name the county.) Eastern Beaumont
4. Cause number: 1:25 CV 353
5. Name of judge to whom case was assigned: Crone/Hawthorn
6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
7. Approximate date of disposition: ______

II. PLACE OF PRESENT CONFINEMENT: Le blanc Unit Beaumont, TX

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: James Karbowski, 3695 FM 3514 Beaumont, TX 77705

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Stephanie Zepeda pharmacy specialist UTMB department of pharmacy CMC 2400 Avenue I Huntsville TX 77340

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Intentionally withholding medications proscribed by MD causing suffering.

Defendant #2: Charles christy Nurse practitioner UTMB Le blanc unit 3695 FM 3514 Beaumont, TX 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Did not provide adequate care, did not ease suffering dispite having years to do so

Defendant #3: Frank Saunders MD UTMB LE Blanc unit 3695 FM 3514 Beaumont TX 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Did not ease suffering and could have, dispite countless request for pain reduction

Defendant #4: Paruppudi Sreeram, M.D. (Hospital Galveston) UTMB 301 University Blvd. Galveston, TX, 77555

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Botched Colonoscopy, causing rectal bleeding, resulting in Chronic Constipation

Defendant #5: Pauline ODILI APRN PM HNP 301 University Blvd Galveston Tx, 77555

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Falsified prea testamony regarding an sexual assault, failure to report Crime

Defendant #6 Jacquelyn Womack senior practice manager UTMB LeBlanc Unit
3695 FM 3514 Beaumont TX 77705
Briefly describe the acts or omissions of the defendant which you claim harmed you
Retaliation, intentionally impeding due process, unauthorized access into Trust Fund account.

Defendant #7 Ogunlade Olufolake Nurse practitioner UTMB (Garza unit)
4250 Hwy 202 Beeville TX 78102
Briefly describe the acts or omissions of the defendant which you claim harmed you.
By taking away medication used in the free world & not replacing it w/ something comparable leaving me to suffer in pain

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

① This complaint has been put in chronological order, as the facts dictate, showing the defendants pattern of abuse regarding medical care by..

② Taking away medication used to aid suffering prior to incarceration and replacingit with an inferior substitute. Knowing this would cause unnecessary suffering.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Plaintiff is seeking Componsary, Punitive and nominal damages from each liable defendant jointly Severally or in the alternative Plaintiff also seeks injunctive and declaratory relief as the evidence will support and the law allows.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

James P. Karbowski James Karbowski, James Cribbs

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

621002 1675112 WIS State? FBI 03392704

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _X_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):____________
2. Case number:____________
3. Approximate date sanctions were imposed:____________
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):________________________
2. Case number:________________________________________________
3. Approximate date warning was issued:____________________________________

Executed on: ____________
DATE

________________________________

________________________________
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 21 (Day) day of July (month), 20 26 (year).

James Kakuski
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Medical care UTMB pharmacy Huntsville

B34B

MAY 28 2026

**OFFICE USE ONLY**

Grievance #: 2026038370

UGI Recd Date: MAR 10 2026

HQ Recd Date: MAR 13 2026

Date Due: 4-24-26

Grievance Code: 608

Investigator ID#: I0352

Extension Date:

# Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: Karbowski James TDCJ # 1675112

Unit: Le Blanc Housing Assignment: B34B

Unit where incident occurred: Le Blanc

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I am dissatisfied because absolutly "Zero" of the issues I grieved about in the step (1) were addressed! Zero! The response was "rubber stamped" with the standard line of deception and diversion, I've recieved in the past, NEVER dealing with the issues complained about! The sole purpose of a grievance, is it not? also the response given by a "business manager" a alexander williams? Could know little at best about my health care needs, or medicine at all for that matter I suppose that explains the pathetic response given - which took aprox. 3 months to reply I might add. I am required to exhaust all state remedies, hence this step(2) as is my obligation to do so. The issues I've stated in step(1) are verry clear over the years I've requested medical help from TDCJ, UTMB, I've gotten little! If any, Apt's are missed, the UTMB seams to think that, that excludes me from future care, It does not. especially when it comes to apts for surgery (which will never happen, due to trust issues) I've sent request after request over the past 5 years over many medical issues only to get little help - not much better than a few Ibuprofen and a "goodbye" Just in neck/back pain alone shows the UTMB's deliberate indifference - Fact! records (medical) show upon incarceration I was taking Hydrocodone 7.5mg for pain (Back\neck) dated 3/24/2020 (UTMB? aware of this? has done verry little to ease my pain other than "Suggesting" surgery (which I said will never happen) or tip Ibuprofen? for pain? thats about it!... In 5 years - In 2026 NP Senet did try to order me pain medication (to be fair) only to be denied by a "pharmacy"? ... some 400 miles away in huntsville tx? who never met me, gauged my pain & suffering.

or (apparently) checked my past. The pain issue is my Top priority. Per none but All the medical issues stated in Step (1) are pending and all have been neglected. These are facts. I've pulled all medical records regarding request made over the years, provider responses, treatment plan's (and what was actualy done to treat issues) HG trips, for what, when, etc. Just look! Provide Care, needed!

Offender Signature: Ramon Kalbouski Date: 3-9-26

**Grievance Response:**

A review of the Step 1 medical grievance has been completed regarding your complaints about being denied appropriate care. You stated you have not received treatment for your medical ailments since 2020. You said you have multiple medical conditions which have been ignored.

An appellate review of the electronic health records (EHR) indicated you have been seen by multiple medical providers. Your medical concerns have been addressed and were referred to the Neurosurgery Specialty Clinic; however, you refused to attend that appointment. Your treatment care plan is current. Your medications are available as prescribed.

All medications, treatments, and referrals are based on the clinical findings of the provider at the time of their assessment. There is no documentation to support your complaint against the medical staff named in your complaint. While you maintain the right to refuse any services offered, you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed. You are encouraged to work with the medical providers and staff to ensure the best outcome for your health care needs. No further investigation is warranted at this time.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

04/17/2026

**Signature Authority:** ______________________ **Date:** ______________

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 6. Inappropriate. *

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:**________
Date UGI Recd:________________
Date CGO Recd:________________
(check one) ____Screened ____Improperly Submitted
Comments:________________
Date Returned to Inmate:________________

**2nd Submission** **CGO Initials:**________
Date UGI Recd:________________
Date CGO Recd:________________
(check one) ____Screened ____Improperly Submitted
Comments:________________
Date Returned to Inmate:________________

**3rd Submission** **CGO Initials:**________
Date UGI Recd:________________
Date CGO Recd:________________
(check one) ____Screened ____Improperly Submitted
Comments:________________
Date Returned to Inmate:________________

Medical Care - UTMB - Staff - Huntsville pharmacy

MAY 18 2026

# Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

B-34B

**OFFICE USE ONLY**

Grievance #: 2026030222

UGI Recd Date: MAR 09 2026

HQ Recd Date: MAR 13 2026

Date Due: 4-23-26

Grievance Code: 601

Investigator ID#: I0352

Extension Date:

Offender Name: Karbowski James TDCJ # 1675112

Unit: LE Blanc Housing Assignment: B34B

Unit where incident occurred: Le blanc

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Dissatisfied because?... Several reasons #1 this "alexander williams, business manager" responded by saying "I was referred to HG after 11-14-25 visit"? that referral was for "plastic Surgery" and "Neuro surgry" please note 2 things: 1 I've told the provider (unit) surgery, at any level, was never going to happen! told him some 30 times at least due to trust issues I.E. being sexualy assaulted by provider garcellano back in early 2025 (check records) #2 the apt's were in 2025! the pain and the request date back to 2020. 5 years to getting around to dealing w/ my issues? (Back/neck pain) plantis facitics for 1½ year plus left in pain? Nothing was done on "mid-level" provider care... dispite the ability to at least treat the pain issue (and I do not mean giving me a few Ibuprofen's and calling that "pain managment") especially when prior to incarceration I was taking Hydrocodone 7.5mg - However... Feb 2026 provider Senet (LeBlanc unit) did try to get medication for my pain? only to be rejected by a "pharmacy" in huntsville, TX some 400 miles away, who does not know me, never met me, does not know my pain, has never preformed any test to gauge my suffering, and yet has (somehow) the power to overide a DR perscription? a pharmacy? needless to say in 5 years.. 5 years plus! I've been in pain w/almost zero care and nothing to stop my pain other than IBuprofen. tryed tegratal, tryed zimbalta nither one helped my back/neck/foot pain - dispite countless request for care (check my medical records) I have and all is documented in my file for future reference - Look, I've broke it down to the lowest common denominator the only thing I want from the UTMB is to deal with my pain + suffering

I-128 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

ACCEPT AS ORIGINAL

**Appendix G**

thats pretty much it. NO surgerys, NO trips to HG, NO dog and pony show, no 7-8 request for help, only to never got to provider, I am sick of all of it Just fix the G.D. pain!! thats it – the first thing you learn in the medical field – "Stop the pain" & "Ease suffering" and stop giving me these "brilliant" grievace responses Please! they are offensive and belittling – Just provide the care I ask

**Offender Signature:** James Kalkowski **Date:** March 8 - 2026

**Grievance Response:**

A review of the Step 1 medical grievance has been completed regarding your complaints about being denied care. You stated you have chronic pain but are being denied care for pain management. You said the providers are refusing to offer any real treatment.

An appellate review of the electronic health records (EHR) indicated you were seen by the provider where you were referred to the Pain Management Clinic at Hospital Galveston (HG). The specialist deferred the referral until you were fully evaluated by the Neurosurgery Clinic at HG. This evaluation will assist the specialists in creating a comprehensive treatment care plan. However, it is noted that you have refused to attend the scheduled Neurosurgery Clinic appointments. Future consideration for specialty care will require another referral being submitted by the unit provider.

All medications, treatments, and referrals are based on the clinical findings of the provider at the time of their assessment. While you maintain the right to refuse any services offered, you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed. You are encouraged to work with the medical providers and staff to ensure the best outcome for your health care needs. No further investigation is warranted at this time.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

04/17/2026

**Signature Authority:** ______________________ **Date:** ______________

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible. ***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments. ***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language. ***
- ☐ **6. Inappropriate. ***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ____Screened ____Improperly Submitted
Comments: ______
Date Returned to Inmate: ______

**2nd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ____Screened ____Improperly Submitted
Comments: ______
Date Returned to Inmate: ______

**3rd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ____Screened ____Improperly Submitted
Comments: ______
Date Returned to Inmate: ______

Medical Issues Christy, Charles

JUN 0 2 2026

Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

B-34B

**OFFICE USE ONLY**

Grievance #: 2026016389

UGI Recd Date: MAR 0 2 2026

HQ Recd Date: MAR 0 5 2026

Date Due: 4-16-26

Grievance Code: 624

Investigator ID#: I0352

Extension Date:

Offender Name: Karbowski James TDCJ # 1675112

Unit: LE Blanc Housing Assignment: B34B

Unit where incident occurred: LE Blanc.

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I am unhappy w/ the response because none of the issues were addressed! my "Myriad illness" each in "Chronic care status" (due to time & length of suffering) were merely "glossed over" with trivial gibberish, by a, Alexander Williams "Business Manager" with whom I seriously doubt (Judging by response) knows much about medicine at all, Medical has Not been providing medical "per policy for your medical conditions" if they were I would not still be requesting care for my pain & suffering for years on end, that I've been enduring. The records (medical) that I've retrieved state my "paper trail" of request starting in 2020 and continued through Feb 2026 countless request, provider reports, treatment plan (which is minimal) all prove, byond a shadow of a doubt the inadequate care given by the UTMB regarding numerous illnesses stated in step (1) grievance, all fall short of proper care I.E. If medical? UTMB has the ability and the resources to ease pain and suffering? and chose not to act (1) knowing of the condition and (2) doing nothing (or very little) to correct and treat the condition, is in fact deliberate indifference. and should be treated as such. The two prong requirements have been met regarding "Deliberate indifference"

To have my serious medical issues glossed over by MR alexander Williams "Business manager"? in step (1) response? and to be patronized with disregard to my suffering & my needs, is insulting and disrespectful. furthermore, MR Alexander Williams Business Manager violated the verry rules of grievance response procedure by not responding to my grievance in the allotted time given by said procedure the 45 day time limit (unless extention is requested - which was not)

I-128 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

**Appendix G**

even by their own admission (check stamp on grievance (1) "date recieved oct, 8, 2025 date retd. to inmate Feb 26 2026 months past due date) intentionaly violating due process procedures... Judging by the "standard" type response to grievance (1) it is evident no "Extensive investigation" was done regarding my complaint.

**Offender Signature:** James Kabaska **Date:** March 1, 2026

**Grievance Response:**

In your Step 1 medical grievance, you reported you have been denied medical care and treatment. You want your medical care and treatment.

An appellate review of the medical grievance and clinical records indicates that you received acceptable responses from the medical department through the Step 1 medical grievance process. Furthermore, documentation in the Electronic Health Record (EHR) reflects you received your prescription eyewear on 12/03/2025.

Additionally, be advised that according to the Inmate Orientation Handbook you may present only one issue per grievance and do not repeatedly grieve the same issue. In the future you are advised to follow this by only grieving one issue at a time. Please note, although you and your healthcare provider may differ in opinion regarding your needs and the medical treatment rendered, you are not afforded the choice of which provider will see you, you cannot mandate your own medical treatment, and you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed. These decisions are ultimately the responsibility of the facility providers, and which provider is available at your unit of assignment during the time you are seeking evaluation. If you feel your situation requires further evaluation, you are advised to submit a sick call request (SCR) to the medical department.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

04/13/2026

**Signature Authority:** ______________________ **Date:** ______________

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______
Date UGI Recd: ______________
Date CGO Recd: ______________
(check one) ____Screened ____Improperly Submitted
Comments: ______________
Date Returned to Offender: ______________

**2nd Submission** **CGO Initials:** ______
Date UGI Recd: ______________
Date CGO Recd: ______________
(check one) ____Screened ____Improperly Submitted
Comments: ______________
Date Returned to Offender: ______________

**3rd Submission** **CGO Initials:** ______
Date UGI Recd: ______________
Date CGO Recd: ______________
(check one) ____Screened ____Improperly Submitted
Comments: ______________
Date Returned to Offender: ______________

Womack

# Texas Department of Criminal Justice

## STEP 2 OFFENDER GRIEVANCE FORM

B-34B

| OFFICE USE ONLY | |
|---|---|
| | JUN 0 2 2026 |
| Grievance #: | 2026051145 |
| UGI Recd Date: | MAR 1 1 2026 |
| HQ Recd Date: | MAR 1 7 2026 |
| Date Due: | 4-25-26 |
| Grievance Code: | 603 |
| Investigator ID#: | I0352 |
| Extension Date: | |

Offender Name: Karbawski James TDCJ # 1675112

Unit: LeBlanc Housing Assignment: B34B

Unit where incident occurred: LeBlanc

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Dissatisfied in Alexanders Williams.. Business Manager's response, because honestly its nothing more than an excuse. I realize that their may be backlog? and "things happen" but the truth is, senior practice manager Womack had ample time to respond, and she had "extentions" that were in place for her use that she chose not to use, dispite the fact that its protocol to do so, Their is a 45 day time limit on response to grievaces, if more time is needed an extention can be requested in writing by said party these rules of engagement were not followed. Put the shoe on the other foot... If I was late? Just one day! or if I do not abide by the stringent rules of the grievace procedure? my complaint becomes null and Void. All have rules to be followed, All must "find a way" to "comply" to the rules! no exceptions... Furthermore, my requests submitted? to try to fix "the "late grievance" problem. Was a failure, senior practice manager Womack did not even have the courtesy to return several request I sent her trying to rectify the problem. The reason this is a big deal is because this "late grievances" is but one of several tactics used by TDCJ, UTMB, to manipulate, tweek, and distort, the rules to cause frustration, and difficulties on inmates in an attempt to detour them away from seeking relief IE.. "late grievances" sometimes several months,... lack of response from medical UTMB... delayed response (if any) from medical on request for care IE Feb-26 - Some 8 request over the month asking for care, either unanswered, or apts never made, or apts [redacted] never made because staffs inabilities to get inmate to said apt. (I Blame Officer davis who works medical and who

I-128 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

**Appendix G**

is responsible for this) I mention all this only to illustrate and expose what you all already know, and its sad that TDCJ, UTMB two extreamly powerful entitys would need to manipulate, decieve, and use doly tactics to push around and bully Inmates because you have a "high case load" or "back log", or whatever excuse you would like - I wish Inmates had such latitude, but that! I am convinced, is by design.

**Offender Signature:** James Kalbowski **Date:** 3-10-26

**Grievance Response:**

In your Step 1 medical grievance you reported you were denied medical care, and your grievance was returned late. You want your grievances sent back.

An appellate review of the medical grievance and clinical records indicates that you received acceptable responses from the medical department through the Step 1 medical grievance process. Furthermore, there is no documentation in the electronic health record (EHR) to support your complaint, or that your access to medical treatment was denied or delayed.

Although you and your healthcare providers may differ in opinion regarding your needs and the medical treatment rendered, you cannot mandate your own medical treatment, and you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed. These decisions are ultimately the responsibility of the facility providers. To ensure continuity of care and treatment of your chronic condition, it is within your best interest to participate in your own treatment plan by attending all scheduled appointments and by taking all medications as ordered. Additionally, you have addressed new issues at Step 2, which will not be responded to at this time. You may attempt informal resolution and then file a Step 1 Grievance if you feel it needs further evaluation.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

04/22/2026

**Signature Authority:** ______ **Date:** ______

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

**CGO Staff Signature:** ______

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ____Screened ____Improperly Submitted
Comments: ______
Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ____Screened ____Improperly Submitted
Comments: ______
Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ____Screened ____Improperly Submitted
Comments: ______
Date Returned to Offender: ______

AUG 0 5 2025

BA Psyc, ODILI Pauline B34D

# Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2025104738 |
| UGI Recd Date: | JUL 0 8 2025 |
| HQ Recd Date: | JUL 1 0 2025 |
| Date Due: | 8-17-25 |
| Grievance Code: | 011 |
| Investigator ID #: | I0961 |
| Extension Date: | |

**Offender Name:** James Karbowski **TDCJ #** 1675112

**Unit:** Le Blanc **Housing Assignment:** B34B

**Unit where incident occurred:** Le Blanc

*You must attach the completed Step 1 Grievan[ce that has] been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a S[tep 1 that has b]een returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because…*

Because nothing was resolved! the allegations were not checked out no investigation was conducted. the facts were ignored. by not only the Medical dept but The Grievance dept, the warden robinson as well as the OIG who "says" a file will not be opened?(witch I find absurd)-none the less why was an investagation not conducted by the Medical Staff(UTMB) over such serious allegations? this whole thing stinks of a cover up and I suppose I will have to go to the next level and file litigation, however I have to fulfill my duty to exhaust my state remedys so here it is another chance for the state to do the right thing - it is my belief that The State Created the Grievance dept. to help inmates resolve issues in a calm, rational manner and yet all I get from the state is resistance and rejection

**I-128 Front** (Revised 9-1-2007) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

**Appendix G**

*[...]ce that has b[...]*
*Step 1 that has b[...]*

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Offender Signature:** James Kalbowski **Date:** 7-7-25

**Grievance Response:**

This issue has been reviewed by the Office of Inspector General and that office has determined that there is insufficient evidence to warrant opening a case. No Further action will be taken.

**Signature Authority:** J. RILEY **Date:** JUL 25 2025

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible. ***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments. ***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate. ***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:**________

Date UGI Recd:________________

Date CGO Recd:________________

(check one) ____Screened ____Improperly Submitted

Comments:________________

Date Returned to Offender:________________

**2nd Submission** **CGO Initials:**________

Date UGI Recd:________________

Date CGO Recd:________________

(check one) ____Screened ____Improperly Submitted

Comments:________________

Date Returned to Offender:________________

**3rd Submission** **CGO Initials:**________

Date UGI Recd:________________

Date CGO Recd:________________

(check one) ____Screened ____Improperly Submitted

Comments:________________

Date Returned to Offender:________________

③ I've been denied medical equipment used in pain managment

④ I've been denied medications used by The U.T.M.B, T.D.C.J. as substitutes for the hydrocodone I was taking, Causing me years of unjustified pain.

⑤ They have created Policys who's sole purpose is to control Inmate health care. Inmates alone.. and, at a greatly reduced level of care far below the care of any "freeworld" person

⑥ By these Policy's they strip all, surgeons, Doctors, Nurse practitioner ect. The ability to preform task as medical professionals Such as to examine, evaluate then react, by proscribing medication, set referrals, therapy ect.

⑦ This renders me with a Doctor ect. with "no Teeth" and which this denies me adequate health care.

⑧ They preformed a surgery (colonoscopy), that was botched, resulting in Pain & suffering, also Creating chronic Constipation thats lasted years - still pain, and no Doctor intervention dispite many attempts.. thus danial of medical care.

⑨ Years to obtain simple glasses (4) denying me health care and causing needless suffering

⑩ retaliation by delaying and denying the grievance process, by Charging Co-payments excessivly and Without merit. by stonewalling inmates request for health care (personal) information, by not reporting a prea allegation regarding "one of their own" a UTMB Nurse practitioner

⑪ They falsified a testamony given, regarding an assault (prea) omitting Key information regarding this Crime, They did inact prea protocal, did not inform the authorities, did not report the UTMB Nursing staff.

(12) I have been denied referrals to pain managment, many times

(13) I've been denied crucial medications

(14) I've been denied medical equeptment.

(15) I've been denied, canceled, ignored medical apts.

(16) I've been sent to surgery many times dispite my refusals.

(17) I've been denied secondary medical care.

(18) I was denied care after "botched" surgery

(19) I was given little to no information regarding several conditions

(20) I was "run around" from N.P. to DR, to Surgery. etc with No soulutions
Suffering in pain all the while. IE.
Neck back pain 6 years and counting

(21) Feet pain 2½ years

(22) Colon Constipation problems 3 years, no information

(23) Colon (4) 3 years – still no information

(24) In corroboration: assault from Nursepractitioner;
Nursing staff ignoring prea protocol, ... ridiculing the victim, ...
Sending victim back to assailant many times for medical care.

(25) This added only to show pattern.

(26) This pattern of the UTMB defendants, is very clear and repeats..
I have been violated in so many ways.. and for so long it doesen't
even seam that I've been able to endure as long as I have
but I have.

(27) This behavior is disturbing ... It also happens to be true.

# Neck and Back

(28) Upon arriving to T.D.C.J, I submitted a request regarding my neck and back pain. This was 11-3-20.. I sent another request on 11-20-20. on 11-24-20 I had an appointment with nurse practitioner Ogunlade Olufolake, A. On this date he told me that "he would request my medical records from my freeworld doctor Ron Guevara, at the office of "future focus medical" Hwy 77, Corpus christi, TX..., This was on the Garza unit, Beeville, Tex. 11-24-20.

(29) The records requested was for my neck, spine, back results from my MRI done on 12-23-19.. the findings were: "Cervical dextroscoliosis and cervicothoracic levoscoliosis.. Multilevel degenerative disc desication, loss of disc space hight and concentric disc osteophyte Complex" "Uncovertabral ostenophytosis" multilevel osseous foraminal Stenoses. I.E ...

(30) C3-4: "Their is prominent disc osteophyte, bilateral facet arthropathy and uncovertebral osteophytosis. Mild to moderate canal stenosis Cord maintains normal signal. Mild bilatateral foraminal stenosis"

(31) C4-5: "Mild disc osteophyte. Mild facet arthropathy and unconvertebral osteophytosis. Mild canal stenosis and mild bilateral foraminal stenosis"

(32) C5-6: "Mild disc osteophyte. Moderate facet arthropathy and uncovertebral osteophytosis. Mild canal stenosis and moderate bilateral foraminal Stenosis"

(33) C6-7: "Mild disc osteophyte. Bilateral facet anthropathy and uncovertebral osteophytosis. No canal stenosis, Mild right foraminal stenosis and mild to moderate left foraminal stenosis"

(34) C7-T1: No disc bulge or hernration. Mild facet arthropathy, no canal foraminal stenosis.

This report dictated by: Kenneth D. Mateska M.D.

(35) The medical records sent to the nurse practitioner, also included transcripts from a "telemedicine" visit I had with my doctor Ron Guevera on 3-24-20 .. He referred me to "Costal bend pain managment" and renewed my medication for pain. Hydrocodone - Acetominophen 7.5/325 mg.. "1 tablet as needed orally every 6 HRs."

(36) Doctor Guevara's assessment on 3-24-20:
1) Degenerative disc disease, cervical – M50.30 (primary)
2) Cervical stenosis of spine canal – M48.02
3) Neural foramınal stenosis of cervical spine – M99.81
4) Facet arthritis of cervical region – M47.812
5) Facet arthropathy, thoracic – M47.814

(37) His treatment plan:
"(1) degenerative disc disease, cervical"
Referral to: "Pain managment"
Reason: "Patient was referred to costal bend P.M. but does not want injections at this time and would prefer to continue use of medication. Please refer to P.M. who is open to that"

(38) (2) Cervical stenosis of spinal canal
Refill: Hydrocodone-Acetaminophen tablet. 7.5-325 mg 1 tablet as needed orally every 6 HRs.

(39) Nurse practitioner Ogunlade olufolake's plan (on the 11-24-20 visit) was as follows "fall precaution".. he issued me a cane, he ordered x-rays, and started me on Ibuprofen 600mg...A drug that is far less effective in treating pain than the hydrocodone I was taking prior to being incarcerated.

(40) Nurse practitioner Ogunlade Olufolake, knowing that the level of pain relief I would recieve from the Ibuprofen 600mg..Could never match up to the hydrocodone I was taking.. but prescribed it any way...and in doing so...he overrode doctor Guevaras perscription leaving me to suffer needlessly..Especially when their was a vast array of medication at his disposal,..Even if the prescribed hydrocodone was unavailable.

(41) 12-11-20 Le blanc unit Nurse practitioner Christy, Charles signed for results of X-Rays: findings: "Diffuse, mild spondycosis, and facet arthropathy"

(42) Results: "Cervical spine: uncinate hypertrophy is most pronounced at C5-C6 and C6-C7 levels on the left."

Lumbar spine: "slight dextrocurvature, deffuse mild spondylosis and facet

(43) anthropathy are noted" no acute osseous abnormality.
Interpfeted by: Heymann J.R. John. C.
No care was provided at this time.

(44) 5-18-21 Seen nurse practitioner Olusanya, Johnson in his "subjective" "He is requesting for a renewal and increased dosage of Ibuprofen to manage back pain"... I requested the prescription of hydrocodone be up held.. not an increase in Ibuprofen, as it does little to relieve pain.

(45) We also talked about my hepatitis-C condition that the T.D.C.J as well as the U.T.M.B knew of for decades, .. dating back to arand 1991 be it some 30 years - No type of treatment was preformed at any time or was any other options offered during this 30 year span.. not by either T.D.C.J. or the UTMB. (I recieved treatment in 2025 for this condition)

(46) 5-22-21 request submitted for medical.. for back pain.

(47) 7-22-21 Seen provider olusanya Johnson.. from clinc notes: "Todays problem: "evel back pain"... he said "I fell off a roof" never happened.

(48) Said history "Neck pain" 11-30-20 has cervical spine radigraphs from 12-23-19 (my freeworld medical notes) with him... still no pain medication other than Ibuprofen dispite information on the 12-23-19 Medical papers

(49) 8-24-21 request to medical for "wedge pillow to elevate pain (attempt) never was scheduled. denied

(50) 12-6-21 Refused medical to ortho spine.. Reason told providers several times that "I did not want surgery - only as last option.. Secondary treatment only"

(51) 12-28-21 request to medical.. "I am in pain, my back is causing me pain, can't sleep at night because of it"

(52) 12-30-21 Seen provider Christy Charles.. S: "Patient is here requesting Something for his increasing neck and back" pain "wants a Geo mat" was denied.

(53) O: "sits and stands w/ some difficulty /neck and lower back with marked decreases of E.R.O.M in all planes of movement, spasms palpated to neck and lower back"
A: Referral to pain managment. for possible Geo mat... Never happened denied visit.. also.. provider christy said "cronic neck and back pain - plan as follows: "7 days "Robaxin" for pain ..was never aproved by huntsville pharmacy... denied medication.

(54) 2-3-22 request to medical "back and neck pain" getting medication

(55) 5-25-22 request to medical "dealing with back pain" "The last apt. I got amonth ago, was never called to medical"

(56) 6-26-22 request to medical "back is causing me a lot of pain."... was never called to medical

(57) 6-30-22 request to medical "back and other cronic care issues" was given an apt.. but was never called by medical.

(58) 8-10-22 Seen christy charles, N.P. O: sits and stands with some difficulty.. decrease in ROM of the spine, in all planes of movement A: "Cronic lower back pain".. Plan as follows: Lab, update labs, mental health ... Nothing done about back and neck pain.. no pain medication to relieve suffering ..no pain managment.

(59) 2-16-23 request to medical "back pain and neck"

(60) 2-24-23 request to medical "pain in my back and neck"

(61) 3-13-23 request to medical "back I am in pain and have been a long time.. Response "Scheduled re-evaluate back pain"

(62) 4-17-23 Seen provider christy charles N.P.. from clinic notes: "Patient is here complaining of severe pain to the neck and lower back, had MRI done to neck and need to continue treatment (what treatment?) back pain getting worse. Positive SLR bilaterally"
A: cronic back pain, cronic neck pain
Plan as follows: "Tylenol as needed for pain"
Referral: to "Neurosurgery for neck"

(63) 5-31-23 UTMB (galveston,TX) Neurological surgery.. lall Rishi: in his clinic notes.."Eval neck pain, spasm at base of neck/interscapular, and LBP with RLE radie down posterior stopping at knee"

(64) "Recommend: Gabapetin for neuropatic pain" by: Adam Carlton M.D. Neurosurgery ... huntsville pharmacy denied MD's "recommendation" for pain medication ... leaving me to suffer needlessly

(65) The huntsville pharmacy (somehow) has the power to override a doctors perscription .. a Neurosurgeons perscription at that, and do this some 300 miles away, never seeing the patients, never talking to the patients, and never examining the patients level of pain ... in essence .."doing as they please" by deciding who suffers and who does not... a pharmacy!

(66) 6-2-23 (2 days after neurological visit) seen Saunders Frank. M.D. "No Change in medication" Gabapentin was not approved by huntsville pharmacy... as clinic notes state.

(67) "Cronic care: Hepatitis C viral.. age of diagnosis .. 23 ... TDCJ, UTMB aware of condition aprox.. 1990/1991
Comments: "HCV has been dormant throughout the 35 years."
did not address: General: Severe fatigue .. difficulty staying asleep due to pain ... MD Frank saunders coments: "offer other treatment modalities Per christy 4-17-23"
"Will need consultation with huntsville pharmacy regarding choice of medication for radiculopathy pain"...nothing was ever done regarding this.

(68) 6-7-23 seen Christy charles N.P. clinic notes: "patient request a Geo mat" Egg crate mattress does not relief lower back pain" this request was denied.

(69) 6-28-23 seen christy Charles N.P. clinic notes: (in part) "Plan is as follows"
"Start Tegretol 200 mg nightly for pain relief"... recieved no relief from Tegretol.
"Disposition: Reminder "follow up pain managment."

(70) 7-20-23 seen christy charles N.P. clinic notes: S: "Patient is here to discuss pain control.. he states his arms still go numb" with increase in pain to the neck"

(71) O: "Neck with decrease in lateral rotation and extension" Plan as follows: "Increase Tegretol to 400mg for pain" "will see patient in 2 weeks to adjust pain medication and discuss neurosurgery recommendations"

(72) 7-27-23 UTMB Neurological surgery: Lall Rishi MD Neurosurgery clinic notes: "Spine stenosis in cervical region" Reason for visit: "Neck pain" "here for follow up after MRI for cronic neck pain"

(73) "Spasm at base of neck / interscapular, and LBP with RLE radic down posterior thigh stopping at knee, has been progressing over the last 18 months"... Additionally.. he refers what appears to be a lermitthe sign (pain shooting down the back, electrical when flexing / extending his neck"

(74) "The cervical MRI shows moderate canal stenosis at C3-4 and multiple levels of foramial stenosis. His symptoms relate to C4-5 radicular pain mainly on right side, which correlates with the images at the C3-4 and C4-5 levels"

(75) "Assesment Plan: James Karbowski is a 59 year old male with cronic upper neck / right C4-5 radicular pains, with cervical MRI that correlates with his symptoms.. he refers that this affects every aspect of his life"

(76) Follow up in telemedicine after discussion with our team regarding future managment (surgery vs conservative) Recommend Gabapentin" Signed: Matias Costa MD neurosurgery was denied by huntsville pharmacy

(77) 8-3-23 seen Christy Charles N.P. clinic notes: S: "Patient here to discuss pain control, which he states"... "Nothing has helped" Plan as follows: "E-mail regional director possible change in pain medication.. increase Tegretol"... Nothing ever happened. Reminder: pain managment... No trip to pain managment was ever scheduled or was denied

(78) 8-11-23 seen christy Charles N.P. clinic notes: S: "Discussed trial of cymbalta" ... did not help in pain relief
A: "cronic radiculopathy..neuropathy lower extreamitres"
Dispostion: RTC, PRN PT. "submit request if symptoms recure or worsen"

(79) 8-16-23 seen Akpan, Justina F.N.P. clinic notes: "Scheduled for surgical procedure".."Anterior Cevical fusion" Told sergeon, told MD's, told nurse practitioners.."Surgery was not an option" as I've explained numerous times... Said "I am only interested in pain managment at this time"

(80) 8-21-23 Refusal of treatment.. for surgery.

(81) 11-28-23 Refusal for treatment for "hands on rehab" as told to all providers before.."No need for rehablition, its pain I am having a problem with.. Not with needing rehabilition"

(82) 1-25-24 specialty clinic: referral for.."Diagnostic studies" never happened.. lack of transportation

(83) 3-25-24 specialty clinic referral: Per christy Charles NP.
Reason: GEO matt, Physical medicine ... Geo mat denied.. "NO Apt. Physical medicine"

(84) 4-12-24 request to medical, "apt. for neck and lower back pain have been made and are on reminder list"

(85) 6-2-24 request to medical "back and neck pain" nothing happened, no visit.. no povider.. no MD.

(86) 6-16-24 Refusal of treatment: "Neuro (for surgery) as stated before "no surgery"

(87) 10-2-24 seen anyichie Epcharia F.N.P. clinic notes: Talked to her about my pain, back and neck... her response: "PT to submit via sick call request, if symptoms recur, persist, or worsen"
This response dispite having access to the history of neck/Back problems

(88) 12-19-24 request medical "back is in pain".."No reply"

(89) 5-27-25 request for "visit to galveston" General needs MD. getting no relief from unit medical plus lack of trust in medical staff. due to the garcellano assault. (and other issues)

(90) 5-30-25 was scheduled apt with saunders Frank MD.. was never called for

(91) 6-20-25 was scheduled with provider.. never happened .. never called.

(92) 12-5-25 was scheduled apt with saunders Frank MD, was cancelled

(93) 12-12-25 was scheduled apt with provider.. cancelled.

(94) 12-30-25 apt with nurse practitioner S. Youngblood .. cancelled.

(95) 1-2-26 request to medical "Neck and back pain" no apt made

(96) 1-11-26 request to medical "Back and neck" was told by Knighton, RN "Apt with saunders will be soon"

(97) 1-26-26 request for medical "neck and back pain" told medical to not schedule with adams, nurse practitioner (trust issues)

(98) 1-29-26 apt made.. with adams.

(99) 2-1-26 request to medical "for names of persons responsible for making appointments — was ignored.. no information provided.

(100) 2-2-26 request to medical "Back pain chronic back pain" response by Knighton RN "Provider routine visit"

(101) 2-4-26 seen Senat Yves, A.C.N.P in clinic notes: "Patient reports several issues with his lower back for many years"

(102) Plan as follows:"Will prescribe NF Roboxin.. to wait for approval continuing with motrin"
Was referred to Plastic surgery for scrotal numbness..however Patient feels that cause of numbness should be addressed not the symptoms"
Ordered lumbar x-ray ... methocarbomol 750mg 2-tabs. Twice a day for 7-days.,this prescription
Was denied.. by huntsville pharmacy.

(103) 2-6-26 Refusal of treatment.:"Plastic surgery" reason, as told to provider senat "no surgery" no need for a plastic surgeon

(104) 2-9-26 denial of methocarbomol .. Verified.

(105) 2-12-26 request to medical "to re order the methocarbomol"
was told by Knighton RN.:"Methocarbomol was denied by pharmacy
Pharmacy also told DR senat to increase the Ibuprofen to 800mg
twice daily instead"

(106) 2-16-26 apt was made for Nurse sick call..was never called for.

(107) 2-18-26 requested medical again for "Provider Senat to have the 'Roboxin' re-ordered"
Response by S. Knighton RN" That Roboxin required another request
Pharmacy denied request... Provider senat discontinued the meds and increased the Ibuprofen to 800mg Twice daily.. as recommended...
..by pharmacy"

(108) 2-19-26 Seen MD saunders, Frank,..results from lumbar spine ..
Findings: mild dextrocurvature ..mild degenerative changes are present.
Interpreted by: Heymann JR John C.

(109) 2-23-26 request to medical..to Nurse practitioner Senat to "check on a re-order of Roboxin as she said she would....also asked for conformation on apt, to pain managment...
No apt was ever made (or was denied)

(110) 2-24-26 Refusal of treatment. (surgery-Neuro)
Reason (as stated before) "No surgery at this time" only secondary treatment. I.E. Pain managment.
Last trip to Galveston to see Neurological surgeon, resulted in the denial of "gabapentin" for pain, by huntsville pharmacy, making the visit nonproductive.

(111) 2-25-26 request to medical "Chronic back problems".. no path to relieve my suffering has been made"

(112) 3-3-26 request to medical "Back pain" request stronger medication - I've been denied several times with no relief from back, neck pain"
Response: S. Knighton "scheduled for Senat"

(113) 3-4-26 apt. made with "adams" not senat .. was never called for

(114) 3-6-26 request to medical Seeking "relief from back, neck pain!... "problem still not resolved"

(115) 3-10-26 (or about) nurse practitioner Youngblood. S. ordered and was approved by huntsville pharmacy "Roboxin" for 7 days

(116) 3-16-26 request to medical (S Youngblood) "Told medical that the Roboxin did not work so well.. about like the Ibuprofen, verry little relief"
Response by paschal RN.: "Provider routine visit"

(117) 3-17-26 specialty clinic referral: w/senat Yves N.P. "Pain clinic (Pain) TLH"
Reason: "severe pain to neck and lower back... Pain duration 6 years"

(118) 3-24-26 request to medical (Youngblood. S N.P.) for "back and neck pain"
Response by Knighton, RN.: "pain clinic apt. was referred to HG" (hospital Galveston)"..

(119) Nothing ever came of it. no trip was ever scheduled, or was denied.

(120) 3-25-26 request to medical for "pain neck-back"

(121) 4-1-26 request to medical to "see provider, medical issues

(122) now some 13 request since feb/26 to get a handle on my pain... I asked for the people responsible for the medication refusal.. also asked for people responsible for denying doctors prescriptions of Robaxin gabapentin ect. The response by Knighton RN. information denied.

(123) 4-21-26 request to medical #14 since feb/26 "need help with my back and neck pain... I explained again.. back, neck, feet pain since 2018 (feet 2024) level of pain 7/10, 24/7 asked "why do I have to live in pain" ..response by paschel RN..."Provider routine visit".. questions never answered.

(124) 4-27-26 request to medical # 15 to get help for back and neck pain Seen nurse practitioner (Hedtke) Told her "Surgery was out of the question due to "trust" issues, Told her "I was only interested in some type of "pain managment" to relieve my suffering untill I get out" a medication that works ..such as hydrocodone.. and not Ibuprofen Tegretol. ect.. that does not do much for pain.

(125) 5-15-26 Clinic notes: O pain to light palpation cervical spine w/ pain on ROM. Paraspinal muscle tightness noted., Pain to lumbar spine...
A: worsening cervical radiculopathy and lumbar radiculopathy w/ the neck worse than lower back... Steroids IM now to start oral regimine tomorrow Mobic ordered. This was N.P. Hedtke

(126) 5-27-26 Clinic notes: "Patient still having neck and lower back pain"

(127) 6-5-26 request for N.P. Hedtke "been trying to get reliefe from pain" recieved little help, and Nothing permenent" (In part)

(128) Asked her for medical shoes for the Plantra fascitis said it "might" ease some suffering.. was denied.

(129) 6-5-26 MRI done Lumbar spine / cervical spine W.I.T. H. worsening lumbar and cervicalgia.

(130) Findings: with respect to the cervical spine, their is a mild retrolisthesis of C3 over C4 and C4 over C5. Their is a osteophytic ridge /disk complexes at C3-4, C4-5, C5-6 and C6-7. I do not see severe spinal

(131) Stenosis, but on the left side, their is fairly striking neural foraminal stenoses at C4-5 - C5-6 and moderately severe left neuroforaminal stenosis at C6-7.

(132) With respect to the lumbosacral spine, their is some straightening of the usual lumbar lordosis Their is disc narrowing and loss of signal most notably at L4-5, Their is a central disc protrusion at L4-5, acting in concert with facet orthropathy to Narrow the spineal canal especially the right L4-5 neural foramen.

(133) Impression: Multilevel degenerative change with primarily left side Neuroforaminal stenoses in the cervical spine and spinal canal narrowing at L4-5

Interpreted by: Ginsberg, Lawrence, E

(134) The neck and back pain started aprox. in year 2018, and over the years, this chronic condition has only increased .. in both.. a severely decreased Range of motion.. as well as a dramatic increase in the level of pain. As this condition worsens .. year after year.. so does my quality of life.

(135) The U.T.M.B. and the T.D.C.J respectfully must be aware of this progression of deterioration. Its all but impossible to miss, any rational person would see it, Especially with several MRI's, medical request, clinic notes ect. as a guide, My suffering was preventable.

(136) So with that being said .. it is clearly evident that the defendants in this complaint.. although each in their separate ways .. did knowingly and willfully engage in inflicting pain and suffering upon me between the time of my incarceration .. aprox. 11-3-20 to date 6-20-26 a total of about 5½ years

(137) Equating to the unnecessary and wanton infliction of pain

UTMB, CMC Department of Pharmacy. Huntsville, Texas

(138) Stephanie Zepeda, APV pharmacy Services (and associates) working with the the UTMB CMC department of pharmacy.. a provider established in huntsville Texas focusing (institutional pharmacy), a divison of the University of Texas medical branch. They are in charge of the approval and distributions of medications for inmates incarcerated in texas. (TDCJ)

(139) (Pharmacy Specialist) Stephanie Zepeda (and associates) did willfully and knowingly violate my 8th amendment right, by overriding my doctor Ron Guevara's prescription of Hydrocodone-Acetaminophen 7.5-325 mg 1 Tablet every 6 Hours, which was prescribed on or around 3-24-20, and replaced it with Ibuprofen 600/800 mg. Knowing full well that the Ibuprofen is a significantly weaker pain medication. one that pails in comparison to the Hydrocodone.. in both strength.. as well as effectiveness, and in doing so caused me unjustifiable Suffering and needless pain.

(140) Furthermore (pharmacy specialist) Stephanie Zepeda (and associates) Exacerbated my pain and suffering by taking it upon themselves to deny me other pain medications.. of lesser strength that the UTMB. TDCJ. use on a regular basis as pain medications I.E. Roboxin.. gabapentin (and others) point in fact..

(141) 12/30/2021 Charles christy APRN, NP. requested "7 days Roboxin" for pain as clinic notes will varify. This request was denied by (pharmacy Specialist) Stephanie Zepeda (and associates)

(142) 5/31/23 In neurological surgery clinic notes, Lall Rishi: cosigner, MD. Adam Carlton.. in my evaluation of "Neck pain spasm at base of Neck/ interscapuler, and LBP, with RLE radic down posterior thigh stopping at knee" Assessment Plan: "Recommend Gabapetin or Nortripyline for Neuropathic Pain". This request by Neurosurgery Doctor Adam Carlton,.. was denied by The UTMB CMC Department of pharmacy (pharmacy specialist) stephanie Zepeda (and assocociates)

(143) 6/28/23 was prescribed "Tegretol 200 mg for pain," as Nurse Practitioner charles christy clinic notes state... was ineffective in controling pain discontinued use... This was recommended by The "UTMB CMC department of pharmacy"

(144) 7/20/23 Increased Tegretol to 400 for pain, by Nurse practitioner charles christy.. ineffective in controling pain.. discontinued use.

(145) 7/24/23 Clinic notes Neurological surgery "Follow up after MRI cronic neck pain, spasm at base of neck interscapula and LBP with RLE radic down posterior thigh stopping at knee. This has been progressing" Additionally he refers to be a lermitthe sign (pain shooting down his back, electrical when flexing/extending his neck"... However..

(146) "Cervical MRI shows moderate canal stenosis of the C3-4, and multiple levels of foraminal stenosis, his symptoms relate to C4-5 radicular pain mainly on the right side.. Which correlate with the images at C3-4 and C4-5". Neurosurgeon Doctor, Costa Matias.. recommends.. Gabapentin... for pain.. This medication was denied by. (Pharmacy specialist) Stephanie Zepoda (and associates) I.E. The UTMB CMC Department of pharmacy

(147) 8/3/23 N.P. charles Christy, clinic notes: "Dispostion" follow up PT/OT Pain managment... "Email regional director, possible change in pain medication".. pain managment apt.. never happened.. Change in pain medication... Never happened.

(148) 8/11/23 clinic notes N.P. charles christy "Do Trial of Cymbalta for cronic pain" Tryed it.. was ineffective in reliving pain.. discontinued

(149) 1/25/24 "Special clinic referrals" Charles Christy N.P. to: "Physical Therapy".. Cancelled due to "Poor Transportation"

(150) 3/25/24 Specialty clinic referral, charles christy N.P. to: Physical medicine and rehabilitation (PMR)... Cancelled.

(151) 2/4/26 clinic notes, Senat Yves N.P. APRN "Will prescribe Robaxin" Never recieved it.. denied by (Pharmacy Specialist) Stephanie Zepeda (and associates) UTMB CMC Department of pharmacy

(152) 2/19/26 Clinic notes Senat Yves N.P. APRN. "Will send another NF request for "Robaxin"... referral to pain managment... apt never made/cancelled

(153) 3/9/26 Clinic notes Youngblood, sarah Nurse practitioner "start medication" "Robaxin" 750 twice daily for 7 days..

(154) 3-17-26 clinic notes: N.P. Senat Yves "Referral speciality clinic/ Diagnostic studies" "Pain managment clinic" (T.L.H) clinical findings: "Pain duration 6 years, not having the right pain medication at the Jail".. Appointment never materialized.

(155) 3-26-26 Clinic notes: N.P. Senat Yves "Pain cannot be controled here, We did referral to pain managment"... never happened .. Last Robaxin order was not approved ..Continue with, Motrin...Ibuprofen

(156) 4-23-26 clinic notes: Hedtke Carol APRN, NNP start Robaxin as directed

(157) 4-28-26 clinic notes: Youngblood Sarah APRN, ACNP "Meloxicam perscribed" does little to control pain ..Was told: "Patient educated that he was perscribed medication, ..according to TDCJ Pain policy"

(158) The UTMB, CMC, department of pharmacy (pharmacy specialist) Stephanie Zepeda (and associates), working in tandem with The Texas department of criminal Justice, did in fact deny me pain medication .. not once or twice, but numerous times, over a period of years..aprox 6 years, causing me to agonize in pain needlessly during this time, ..due to the "Policy" created for "inmates" alone, These "Policys" are by far more restrictive than any "freeworld" Policys
Rendering their actions not only crule and unusual.. but also discriminatory as well. Providing Limited care just because someone is incarcerated, violates my right to be protected from discrimination.

(159) These "Policys", created by the TDCJ, UTMB, CMC were designed by "them" for "them", and used at will. Disregarding the needs of the patient.. The human being, Essentially giving themselfs the authority to "choose" who suffers in pain.. and who does not. Deciding who and when care is given ..at a standard far below freeworld care.

(160) If The UTMB, CMC department of pharmacy (pharmacy specialist) Stephanie Zepeda (and associates), The TDCJ, or any other entity feels that they have the right to dictate "Policy" regarding human suffering
And have the ability to stop it with simple medication..
Should be... by their actions.. and providing no other medical branch other than themselfs, Should by their..

actions, be held accountable for such behavior.

(161) Furthermore, the fact that the UTMB, CMC (Pharmacy specialist) stephanie Zepeda (and associates) conducted these "Cruel" like decisions... some 300 miles away.. tucked away in a building in huntsville, Texas..never seeing the patient.. never examining the patient.. never talking to him.. never measuring his pain level... and never ever seeing him...is nothing short of "Abuse of Power" and renders their ability to make decisions regarding, who gets medication for pain, and who is left to suffer..., Null-n-Void.

(162) If I was not incarcerated, the medication hydrocodone would have never been discontinued, as TDCJ, UTMB, Policy dictates.. Futhermore...

(163) The medication available for use on pain was not "approved" by the (Pharmacy specialist) stephanie Zepeda (and associates) due to "Policies" Created by TDCJ and the UTMB

(164) Overriding all medical professionals, wether it be a nurse practitioner, a Medical Doctor, or a neurological surgeon, all must bow down to the "UTMB CMC Department of pharmacy" in huntsville, Tx for any approval, regardless of their (hands on) recommendations and or prescription wrote by said physicians. The "TDCJ Pain policy" and the UTMB control suffering.

(165) Being incarcerated does not give you the right to inflict pain and suffering upon inmates, by either stripping away (freeworld) medications such as hydrocodone (as was my medication in the freeworld), or by the denial of (prison medications) gabapentin, Robaxin, ect.

I have the right to be free of crule and unusual punishment.

(166) Being in their care, the TDCJ, UTMB, CMC (pharmacy specialist) stephanie Zepeda (and associates) has the obligation to provide proper health care, I.E. provide medication needed to reduce pain and suffering,

(167) As is the medical profession "creed" to do so. "To ease suffering" is the top priority of all medical professionals. The UTMB, CMC, Department of Pharmacy, (Pharmacy specialist) stephanie Zepeda (and assocates), and the TDCJ, all failed this duty.

(168) The UTMB and the TDCJ are well aware of their dominace over inmates and they use it to their advantage, by providing zero options regarding medical care I.E. the UTMB is the only medical care option available to inmates in TDCJ thus solidifing their dominace.

(169) Even in providing options in what care is available, If The UTMB "recommends" surgery (such as my neck surgery) and I choose not to want this recommendation.. As is my right. No "Secondary" option is available (Such as pain managment) and thus medication is withheld. Other than (low level pain medication)
Futhermore, if an inmate refuses medical care.. for what ever the reason (being sick, ect) they are told that "future care is in jeepardy due to their failure to make appointment" and yet on the "refusal for treatment" form it states "I understand that I may still request these or similar services in the future (These are the words used) giving the Inmate the "option" to "choose"

(170) A reasonable person would assume that if they could not make an appointment to a doctor visit.. for whatever reason, that another appointment could be made without being ridiculed, or denied treatment alltogether. I.E... Such as..

(171) If a person had cancer, decided not to do chemotherapy (the primary treatment recommened by a doctor) would that exclude him from pain medication... Or if this person suddenly became incercerated would it become justified to take away said pain medication.
No reason able person would believe this to be o.k.
And yet the UTMB, CMC Pharmacy and T.D.C.J. have "created" "Policies" to do just that.

# Feet Pain

(172) On or around 10-2-24 in a provider visit with M.D. Saunders Frank or? I was diagnosed with "plantar fasciitis" told him I was in extream pain and that I could hardly walk"... Saunders frank did little.. gave me Ibuprofen and was told "it will go away" end of visit.

(173) 5-2-25 Seen Saunders Frank M.D Told him "the pain was not going away still 24/7 pain", he Restarted the Ibuprofen for foot pain" also.. specialty clinic: for "orthropedic - Podiatry"

(174) 5-7-25 Refusal of treatment "Podiatry"
Reason: I was sick .. re-scheduled for 9-18-25

(175) 9-18-25 UTMB ortho Podiatry clinic notes: Ogunlana Oluwatosin DPM HPI: "Right heal pain (really both feet) for 9 months pain is 9/10" "musk: Right heal pain, Right foot plantar fasciitis, Right foot Tendonitis" brace/splint was issued.. Declined heal injections as providers christy Charles and saunders Frank M.D advised would do little to relieve pain"

(176) 10-2-24 (note above) "left plantar fasciitis, proximal bony arch tenderness Plan is as follows: "Counseled patient on consistent Ibuprofen use"

(177) Comments: "left foot pain over plantar fasciitis and pain over proximal bony arch x one month worsening with walking"

(178) "Requested ortho shoes to possibly relieve pain while walking" Was denied this request by "brace & limb, doctor Saunders Frank or Nurse practitioner Christy Charles said "I do not qualify"

(179) 6-15-26.. Plantar fasciitis still persists .. on an average 7/10 pain level pain .. Consistent 24/7.. predominantly in the AM Hours.
extreamly difficult to walk, at this time especially.
Pain medication to relieve suffering of 7/10 pain level .. Ibuprofen granting 15% relief (if that)
First complaint regarding Plantar fasciitis .. aprox 10-2-24 .. Some 2 years (and counting) and no relief .. no medication for pain other than Ibuprofen .. no corrective shoes .. no ortho shoes .. all denied.. by either Saunders frank MD, christy Charles N.P., or brace & limb, and huntsville pharmacy.

(180) The Plantar fasciitis problem has been with me for aprox 2years and still is a dominating factor in my life. as of 6-17-26.
I have saught medical help in this matter on numerous occasions and I've been given verry little help.. in either physically therapy or through medication, to elevate the pain... or by corrective "ortho" shoes

(181) Doctor Saunders, Frank, MD.. Nurse practitioner Christy Charles.. as well as other medical professionals have known about this condition for for an extensive period of time.

(182) I was told by all that it would "go away" it has not.

(183) The medications provided to me (Ibuprofen) was little help in stopping pain

(184) I was given an (option) of feet injections - but was urged by mr. Sanders F... as well as, Christi, C. that these would do little to help fix, or fight the pain, .
Ortho, ogunlana Oluwatosin DPM did issue a "foot brace" for nightime use, did nothing to stop the pain and nothing to correct the problem.

(185) No other options were offered other than "roll a bottle on your arch of your feet"

(186) I requested medical shoes to "possibily" help in my "walking" and "try" to ease pain (because nothing else was recommended) this request was denied.

(187) I have missed apt's to medical on some occasions due to various reasons (not unlike any person in life) and yet I've been told "by numerous medical professionals in the UTMB (over the years) that refusing, and missing apt's? Limits my health care.

(188) Dispite my crys for help.. dispite my request for pain medicine.. dispite my need for proper medical shoes.. All have either, done little (never correcting) (the problem) or ignored the suffering.. or basicly.. running me around in circles.. never fixing the problem. By these actions.. I have been left in pain for almost 2 years leaving me to suffer needlessly

# Colon / Constipation

(189) First Colonoscopy (aprox) 11-10-23 Polyps removed. caused bleeding for 1½ weeks.

(190) 1-23-24 Seen Christy, Charles N.P. Clinic notes regarding colonoscopy follow up.. "Still having pain.. for some 6 weeks"
Comments: "recent colonoscopy multiple polyps removed - continued pain"

(191) 11-19-24 Refused of treatment "Endoscopy"
Reason: was "chopped up" last time, "for a week and a half I discharged blood, from last procedure" was still not healed from 11-10-23

(192) 12-19-24 Seen Charles Christy N.P. S: "lower right side abdominal pain for months" "difficulties having BM since procedure done."
Plan: nothing to be done for pain, dispite being aware of suffering since (at least) 1-23-24 to 12-19-24
Refer to specialty clinic (Gastrenterology) "cronic constipation"

(193) 4-18-25 Surgeon.. Endoscopy Tic \ colonoscopy H.G (hospital Galveston)

(194) 5-7-25 specialty clinic referral by.. N.P. Christy Charles for... Urology (uro) scrotum pain - 2-3 months (aprox) Numbness also rectal Numbness ect.'

(195) 6-27-25 Specialty clinic referral (Gastroenterolgy) GI and Podiatry (GI) for recent colonscopy for constipation.. "Right side abdominal pain"
Podiatry "feet pain.. patient with bilateral feet pain starting (aprox) 9 months ago.. Pain is 7/10 which affects daily activites wants other options other than injections"

(196) CSY scheduled for 9/25 "should be 3 day prep."
Signed by: Lizbeth Santana-Blease DNP-C
Department of internal medicine.

(197) 7-27-25 request to medical "request information on colon... exactly whats wrong.. why have I had 4 procedures and I've never been told whats going on.. what the plan is.. Cancer probabilitys .. and other information regarding this situation.. including why.. I can't use the bathroom for years now.. still nothing fixed"

(198) 9-19-25 Endoscopy H+P from doctor mathew christo Thomas M.D
"James Karbowski, 61 says "abdominal pain constipation"

(200) Previous Endoscopy:
Colonoscopy - 11-17-23 (stool in entire colon) after proceedure.. blood in discharge
Surgeon: Parupudi, Sreeram M.D

Colonoscopy - 11-15-24 (stool in examined colon)
Surgeon: Zhang Julia M.D

Colonoscopy - 4-18-25 "(Preparation was fair) quality was inadequate"
Surgeon: Luthra, Gurinder K, DO

Colonoscopy (aprox) 9-19-25
Surgeon: Unknown / mathew christo Thomas M.D?

(201) 9-25-25 request to medical regarding "my trip to galveston, pertaining to my colon.. complained about constipation for 2 years"
Response by Knighton R.N "schedule provider visit... nothing happened

(202) 9-30-25 request to medical "same issues as follow up to colon procedure

(203) 10-1-25 chronic care clinic notes N.P.: "Patient is frustrated as to why no diagnosis and treatment plan for constipation, missed todays trip as he did not feel well" (meaning HG hospital Galveston)

(204) Subjective:
Chronic problems: Early hepatic desease
General review systems: Difficulty falling asleep, Difficulty staying asleep
Severe cronic pain: neck, back, and feet.. pain with 6-7/10
Neck: chronic neck disorder, chronic neck pain, past trauma
musculoskeleton: Degenerative Joint disease, Osteoarthristis
Joint pain: Joint swelling, Joint stiffness
Muscle pain: Tenderness, chronic
other: chronic bilateral feet pain

(205) 12-5-25 request to medical "complained about the 2 years of constapation, no diagnosis, no corse of action"

(206) 12-8-25 seen Christy Charles N.P. clinic notes (in part only)
S: "Patient wants to know why he can't "PoP", Pain in abdominal where his hernia is located,.. right groin area... and umbilical region". He said that "HG Gastro was responsable"
N.P. Christy Charles gave me no information that I asked for regarding my Colonoscopy from 9-19-25 as I requested.

(207) 3-10-26 Refusal of treatment: (Colonoscopy) "I was sick" Reason for refusal, also because after 4 proceedures... no feed back on progress..., 2 procedures aborted (or simi aborted) due to "poor prep." as well as colonsocpy #1 resulting in rectal bleeding for a period of aprox one and a half weeks...
I was extreamly reluctant to proceed with the intended colonoscopy. as would any rational person would be.

(208) The first colonoscopy was done 11-10-23 at which time I was told That I "had a lot of polyps" and that I needed the procedure done every 6 months and not the normal 2 year intervals most people do because of "cancer concerns". That was all the information given.
During the procedure I was "cut" (or something) That caused me to bleed. I passed blood for about 1½ weeks after.
After procedure Constipation started (never in life have I had this problem untill first procedure 11-10-23)
Follow up with Charles Christy NP.. did little.. No information regarding the procedure was given.

(209) 4-18-25 Colonoscopy: done, little information known.

(210) also in 6-27-25 specialty clinic referral it states Failed prep with CSP dated 11/23.. CSP dated 11/24 showed stool in entire colon

(211) Procedure: colonoscopy done 9/19/25 according to UTMB "Endoscopy Unit" it states "Preparations was inadequate" nothing done.

(212) Many colonoscopy procedures have been scheduled in the past 3 years.. half (aprox) have failed due to "inadequate prep" by UTMB medical.

(213) also over the past 3 years I have requested information regarding my colon/constipation concerns..in particular cancer probabilitys, treatment options, ect.. the UTMB staff (defendants in question) have given me little answers to my many questions regarding this issue.., as well as several other questions pertaining to many concerns about my health.care in general

# Eyes / Glasses

(214) 10-22-20 request to medical "I need glasses I can't see verry well" (Garza unit Beeville, TX)

(215) 1-17-21 request to medical (le blanc unit Beaumont, Tex) "I would like to get a pair of glasses - I've been doing without for a while and I am in need" "Could you set an apt. ASAP"
Response by Knighton, RN "scheduled for visual acuity"

(216) 3-28-22 (a year later) request to medical "I need to knew when I will be going to get my glasses - I put in to go almost a year and a half ago, when can I expect to go"
Response by Knighton, RN "must repeat visual acuity again and refer again"

(217) 8-9-22 request to medical (glasses) "had an apt. set for this week to get my glasses but I guess my ride never showed up"
Response "Your apt. will be rescheduled"

(218) 4-18-24 request ~~to~~ medical "When will I be able to take my eye test and go get my glasses, I think I've waited long enough don't you"
Response by Paschal, RN "waiting on a referral, then waiting on chain to HG (hospital, Galveston)"

(219) 4-22-24 request to medical "Why won't you give me glasses" I've been waiting since NOV 2020"
Response by Knighton, RN "Your last visual acuity was done 6-28-23.. appears you were aproved 7-10-23 Saunders put in for another visual acuity test to be done, await lay in for Saturday to do visual acuity test again"

(220) 6-13-24 Recieved glasses from UTMB Estelle RMF.

Total length of time from first request.. 10-22-20 to recieving said glasses on 6-13-24... 3 years ... 8 months ... for a pair of glasses.. needed for "low vision, both eyes" according to record.

(221) The length of time between the 10-22-20 inital request, and the actual recieving of the glasses was "extreamly excessive" as most rational people would a agree. Some 3 years 8 months.. (average wait for glasses, 3 to 6 months) for a patient with "low vision both eyes"?

(222) Took the "visual acuity" test. (1-17-2) than again (3-28-22)..

(223) Missed apt. "Ride never showed up" (8-9-22) had to be (rescheduled) 4-18-24 (2 plus years later.) "Waiting on referral"

(224) another "visual acuity" test ordered b MD saunders Frank (4-22-24)

(225) The UTMB, TDCJ "team" caused me harm by leaving me (without being able to see well) with out glasses for an "extreamly extensive" period of time..
(1) Knowing full well of my condition (10-22-20)...

(226) (2) Having the resources to provide care at their disposal, and choosing not inact said resources.

(227) (3) By not providing me the same courtesy as others IE. 3 to 6 month wait for glasses (average), mine 3 years, 8 months, respectfully.

(228) The UTMB, TDCJ team. is accountable for these actions their responsibilitys are (in part) to "Provide care regarding the health and safty of inmates"
They did not, this obligation was never met.

(229) The U.T.M.B, the Leblanc unit medical staff, in particular, was irresponsible in their dutys to provide medical care in a timly manner, regarding and providing the necessary medical equipment needed to function.
IE glasses to see better.

(230) The UTMB had every opportunity to preform this duty and failed. They did however find a way to "misplace" "visual acuity" test results.. Need to get "referals" over & over.... And constantly need to "reschedule" apts.. due to "transportation" problems.. for 3 years 8 months. All disregarding my medical needs without care.

Senior Practice Manager Jacquelyn Womack Leblanc unit (U.T.M.B)

(231) Numerous grievances have been submitted by me regarding these medical concerns. All have come back with a unfavorable disposition.

(232) Ironically.. All (step 1) grievances submitted went to J. Womack, Senior Practice manager. Le blanc unit medical UTMB. J. Womack.. Just by "chance" happens to be in charge of the doctors, Nurse practitioners, and Nurses respectfully.

(233) Not only did J. Womack send back the grievances unfavorable which happen to be against "her" workers... She done so by violating the policy of the TDCJ handbook. regarding "grievance policy and procedure." "... It states that medical grievances have a (45) day window (Time frame) as to be answered by the "state"

(234) Almost all grievances sent (and their were many) violated this policy. Some were late by weeks some months. disregarding procedure and policy thus impeding my due process rights, and delaying me "right to access to the court, as I am obligated to exhaust state remedys first, before proceding.

(235) J. Womack did not exercise the option to file for an extention, if she needed more time.

(236) J. Womack is also responsible for medical "co-pays" as to where she determines who gets charged for medical visits and who does not. (chronic care patients are exempt of such fees)

(237) I have been chronic care since 2020 I.e Neck, Back, Hep-c. and yet mrs Womack finds a way to charge me - co-pays fees each month dispite my medical conditions. Mrs Womack also took it upon herself to incure these monthly debts without permisson, having free will to break into my Trust fund account as she sees fit... with no accountability.

(238) J. Womack has never returned any request... She has stonewalled me over grievances... did not respond to a sexual assault of one of her employees, ect.

(239) The actions by J. Womack are retaliatory, and coincide with the same type of behavior that I've recieved from other UTMB employees. The pattern is unmistakable.. and unwarranted.

(240) Since being under the care of the defendants I have suffered needlessly for 6 years. I have endured a constant level of pain for so long that I can't even remember NOT, being in pain.

(241) The medication I was taking prior to being incarcerated was hydrocodone a medication that worked perfectly for my pain, this medication was taken from me by the U.T.M.B. Stephanie Zepeda (pharmacy specialist) (and associates) The department of pharmacy CMC. and the T.D.C.J.

(242) Because of the "pharmaceutical distribution Policys" of the defendants I've suffered and indured hardship and pain due to my Social Standing (being a inmate)

(243) They discriminated against me, inflicting harm because I am incarcerated The damage done is as follows:

(244) My suffering never stops, the overall pain is a constant 7/10 pain 24/7

(245) My neck "range of motion" is at about 50% w/constant pain, Greater with movement

(246) The neck is so tight that it akin to wearing a neck brace 24/7

(247) The deterioration of the spine causes intense pain that has been incresing with time.

(248) I have radiating pain that shoots down from my neck, to my back, down through my arms - this occurs periodically throughout the day/night.

(249) My back causes me extreom pain due to the neurological damage 24/7 this pain dominates my life

(250) The neurological pain invades my entire gentailla region, causing waves of intense pain, pain I can't even discribe.

(251) I cant bend over without pain, I can't twist without pain.

(252) Sitting: When I sit I have aprox 15min before the pain in my lumbar spine Starts. The pain gets too much and I have to get up.

(253) Standing: Due to the pain in my feet I am limited ds to how long I am able to stand, walk. This length of time varys from day to day Pain goes from ball of foot to heal, both feet the longer I am on my feet, the higher degree of pain pain level mix 4/10, 7/10 respectfully

(254) Getting out of bed, stepping on the floor, incredibly painfull in AM, HRS This pain I've endured aprox 2 years

(255) I suffer from extream cramping, this occures almost daily in calfs, toes bottom of feet - causing a great deal of pain the cramping "locks" up takes time to break free.

(256) After a colonoscopy procedure done 11-10-23 I suffered internal bleeding This was extreamly painfull, It doubled me over and kept me in pain for the duration of about 1½ weeks, passing blood the whole time.

(257) This was psycologicaly devistating, further instilling my fear of medical people from the UTMB.

(258) The pain from this procedure has lasted to date 2026 and although to a lesser degree, its still with me

(259) Ironically after this procedure I started to have issues with chronic constipation

(260) forcing me to have to use a laxative to have any bowel movement.

(261) Ive had to use this laxative every day since the colonoscopy on 11-10-23 Some 3 years now

(262) No medical reason for this has ever been given, futher exasperating my fear of UTMB employees

(263) In 3 years no information has been given to me explaining this condition

(264) I suffered 4 years (2020 to 2024) without glasses due to the defendants inability to provide essential medical equiptment needed to see. This hardship also caused unwarranted mental stresses because of the years of "Run around"

(265) I suffered mental abuse by the actions of the Defendants from the 4-30-25 Visit with the psychological dept. After the assault 1-17-25, as where she did not respond to a prea issue, and the denial to document my statment regarding the assault. furture pushing my fear of medical staff.

(266) My selfesteem has been shattered.

(267) My nerves are gone.

(268) my interest in normal things are unimportant.

(269) my attention span has been shortened dramaticly.

(270) I've become withdrawn and introverted.

(271) I am suffering from P.T.S.D.

(272) I am in pain all day every day.

(273) During this time - 2020 to 2026 my "quality of life" has suffered immensely going from aprox a 8/10 down to a 1½/10.

(274) And see little hope in future UTMB treatment. and no other medical Unit to go to, leaving me at the "will" of the UTMB

(275) my depression controls my life

(276) my fear for UTMB medical staff. is so great that I forgo Colonoscopy procedures risking possible cancer problems out of this fear.

(277) I feel that I will perish being under their care.

With the exception of ODILI Pauline APRN.PM.HNP(defendant)

(278) The following pages in this complaint are added only to show the pattern of abuse, and the ingrained longevity of it.
The U.T.M.B T.D.C.J and all other entity's involved have established this behavior over a vast amount of time.

(279) This vital information is crucial in showing and exposing atrocity's commited by the UTMB, TDCJ, Texas board of nursing and all who fall under the umbrella of the state.

(280) This abuse of power has been practiced for many years, and as time comes foward, this behavioral pattern becomes bolder and more aggressive in severity.

(281) The defendants in this complaint, as well as all who fall under the protective umbrella of the state, use and wield this power at will to do as the please, Then protect themselves when they do wrong by running back under the Umbrella of the state, to hide from persecution.

(282) These pages establish a clear pattern of not only abuse by the U.T.M.B T.D.C.J ect. but also the unmistakable intent to commit wanton cruelty...

(283) Coincidentally almost exactly the same pattern as in other parts of this complaint.

Garcellano. J. Nurse practitioner / Sexual assault / Nursing abuse

(284) 1-16-25, request for medical; in it I say (clearly) regarding provider.: "NOT Garcellano, I told you time & time again that Garcellano makes me feel uncomfortable, yet you still make apt. with him. stop!"

(285) Response from, S. Knighton, Nurse clinician III RN. "You are not allowed to pick & chose which provider you see" was sent to Garcellano on...

(286) 1-17-25 in clinic notes: Garcellano. J. N.P. says "complained of abdominal pain, hernia in that area - RLQ pain that radiates to the back"

(287) On this day 1-17-25 I was sexualy assaulted by J. Garcellano, Nurse practitioner Garcellano touched me inappropriately durring an exam, when I left his office, I went and told the nursing staff standing around the desk what had just transpired... they did nothing... they did not inact prea protocol... did not contact any one in security... did not contact the senior practice manager... no statment was taken... I was told to leave.

(288) 1-29-25 request for medical, told them "DR Christy only, Garcellano makes me uncomfortable"

(289) Response by paschal V. Nurse clinician III RN "Visit made".. with Garcellano.

(290) 1-30-25 Refusal of treatment (for) Provider visit with Garcellano N.P. stated "No Garcellano any more!"

(291) 2-10-25 request for medical, said "I am being denied medical care because I refuse to go to Garcellano, denying me medical care after what I told you about Garcellano"

(292) Response by Knighton, Nurse clinician III RN. "Inmate reports that provider Garcellano makes him feel uncomfortable and does not want to be around him or see him"

(293) Same day apt. 2-10-25 visit apt. with Garcellano.. left medical w/o being seen

(294) Clinic notes says: "Patient left without being seen" Please do not reschedule

(295) 2-12-25 Refusal of treatment, for "Provider visit with Garcellano" Reason stated: "Not Garcellano"

(296) 2-13-25 request for medical, "I do not want to see Garcellano, I've told you in the past he makes me uncomfortable and that should be enough said, you (or anyone) else has no right to force me into a situation as where I am uncomfortable and uneasy, being examined by anyone. NO means NO!"

(297) Response by Hollyfield (Title unknown) "You had two appointments for medical on 2-10-25 (with Garcellano) and 2-12-25 (with Garcellano) you left without being seen... submit another request"

(298) 2-18-25 request for medical, said: "Need medical treatment to see provider other than Garcellano, Aprox 20 times you have denied me medical attention due to your reluctant nature or should I say vindictive behavior, either way it needs to stop, I have medical issues that need to be delt with, so either give me the care I need, or transfer me to another unit that won't deny me medical treatment

(299) Response by Knighton RN: "schedule provider visit w/Christy".. never happened.

(300) 2-18-25 Filed Step (1) Grievance regarding the Garcellano assault and his behavior regarding the crime.

(301) 2-19-25 request for medical attn: "Need to see christy Not Garcellano, I will not see him, I've told you must be 25 times or better, I have issues with him touching me.. still I am being denied medical care.. unless its from Garcellano".. "I've asked for the ones responsable for making the apts".. was never answered, denied the information in order to avoid accountability

(302) Response by Hollyfield (Title unknown) "This matter has been brought to the facility managment teams attention" but never brought to PREA. T McCullough

(303) Nothing was ever done, Nobody ever contacted me, no responce whatso ever from anyone on the "UTMB facility managment team"

(304) 3-31-25 request for medical, "Need to se DR christy" (in part) "I am sorry your mad about garcellano Issue – but he should have behaved him self and not touch me"

(305) Response by (unknown) "E-mail sent to scheduler" result?, apt with Garcellano

(306) 4-1-25 Refusal of treatment: "Provider visit with Garcellano NP" my reply on refusal, "dont send me to Garcellano anymore"

(307) 4-3-25 Filed the step (2) Grievance reiterating the Garcellano incident

(308) 4-21-25 request for medical, asked for christy "absolutly not Garcellano" "If you send me to Garcellano, I will refuse, and I really need to see if their is cancer in my colon, so basicly, if you send me to Garcellano, ... I go without medical treatment".

(309) Response by (unknown) schedule PSC.. sent me to.. Garcellano.

(310) 4-24-25 request for medical: "I requested not to see Garcellano some 25 times and still you lay me in to see him, dispite the fact Ive told you I will not see him due to sexual misconduct and his inappropreate contact with me, you are denying me medical care once again. What you are doing is wrong, immoral, crule and mean.. You people violate me. and you mistreat me because of it?"

(311) Response by Knighton nurse clinician III RN. "schedule provider with christy"... No apt was made, was never called for any apt.

(312) 4-29-25 request for medical "need follow up regarding my colon, I am in pain and bleeding internaly (stool) You have layed me in for apt to see Garcellano some 25 times even after I told you that I would not see him due to him touching me inappropreatly why? why do you send me to him? why do you keep denying me medical care?

(313) Response by Knighton nurse clinician III RN: "schedule with christy NP" Never answered any questions

(314) On 1-17-25 Nurse practitioner did commit sexual assault against me causing me an extream amount of pain and anguish, in particular a massive amount to my psychological well being causing a type of P.T.S.D. that stays with me 24/7.

(315) Since the attack my Nerves are shattered... my sleep is haunted by nightmares.. Sleep is limited to 1 to 2 HR intervals... anger issues has increased dramatically.. as well as a profound fear in nurse practitioners DRs, surgeons, ect..

(316) Nurse practitioner Garcellano violated my 8th amendment right to be free of cruel and unusual punishment.

(317) The nursing staff at the Le blanc unit, Beaumont, Tex T.D.C.J. also violated my right to be free of cruel and unusual punishment by their relentless retaliation, and their wanton cruelty forcing me into unwanted appointments with a person who sexualy assaulted me, Over and over, dispite my cry's to see another doctors. They sent me back to Garcellano some 20 times after the assault.

(318) Causing me extream trauma...intensifying the allready fragile psyche I've endured from the assault dating 1-17-25

(319) The Nursing staff involved violated my 8th amendment rights by their actions stated herein

(320) Causing me to have a irreversible fear of medical professionals

(321) Causing unwanted cruelty and intentional misery in their retaliation... for bringing forth the sexual assault claim against "one of their own"

(322) The nursing staff (le blanc unit) also violated the law by NOT inacting prea protocol.. by Not reporting a claim of sexual assault on 1-17-25 reported by me on this date... rediculing me in the process

Mental Health follow up Visit: ODILI, Pauline APRN. PM. HNP

(323) 4-30-25 Tellapsyc visit: I had a visit with psyc DR Odili Pauline and durring the visit I explained my situation with N.P. Garcellano and the sexual assault he did. I explained in detail what happened.. as I should she was my psyc DR.. and telling her everything was the appropriate thing to do.

(324) I explained the assault..., I explained the retaliation by the nurses.. how nobody inacting prea protocol.. the nursing staff disregarding my claim.. the nursing staffs retaliation.. by sending me back to Garcellano, countless times for "medical treatment" I told her of the grievances I wrote regarding this matter.. I told her of my agitation and anger issues I hade over this situation..., I told her everything... nothing much was said.. visit concluded.

(325) Some weeks later aprox 5-20-25 I acquired a copy of this "Visit" 4-30-25 from medical records, the transcripts of hers and my - meeting.. and like I suspected.. MRS ODILI, Pauline APRN PM, HNP did not mention one word about Garcellano.. Not one word about the sexual assault.. Not one word about the Nursing staff ignoring prea protocol.. NOT a word about the retalliation by setting apt. with Garcellano After the assault.. countless times dispite knowing full well the situation... in fact verry little of what I told her (4-30-25) was in the transcripts at all

(326) Dr ODILi was not forthright in her actions.. a doctor to withold information regarding a crime of sexual assault in attempt to "cover up" a co-workers behavior.. To not document a victims statment given to her out of desperation, To refuse to acknowledge, and document my allegations of nursing abuse, by not only breaking the law, but not inacting prea protocol... as well as the punishment and shear cruelty of sending me back to the assailant time after time.. and do not report these allegations to the proper authorites, is a crime in itself.

(327) MRS ODILI, Pauline acting in her compassity as a psychological professional Did knowingly and willfully commit deliberate indifference by... (1) not reporting the crime of sexual assault (allegation) (2) by not documenting the statment given by the victim of the 1-17-25 assault.. (3) by not reporting the allegations of the Nursing abuse, all In an obvious attempt to shield UTMB employees (fellow co-workers) from anything that might be incriminating, thus protecting "one of their own" And committing deliberate indefference in the process.

Texas board of Nursing complaint letter sent 5-20-25

(328) 5-20-25 I wrote a letter to "The Texas Board of Nursing" Austin, Tex and in it was my complaint regarding U.T.M.B. Staff behavior.. IE. the assault by Garcellano... the conduct of the nursing staff on the le blanc unit as well.

(329) I told them of the assault by Garcellano.. I explained the retaliation by the Nursing staff ... the refusal to comply with prea protocol... their malicious and unjustifiable conduct regarding scheduling to Garcellano after 1-17-25 (day of assault) ect...

(330) on 8-7-25 I recieved in the mail a "copy" of the 5-20-25 (4) page complaint I sent to them. Along with the complaint, a letter was enclosed from The Texas Department of criminal Justice. In this letter it states "The patient liaison program no longer accepts complaints from inmates population"

(331) It go's on saying..." That if you have a medical complaint, you must first attempt resolution" "I-60 practice manager" (done) "if dissatisfied write a grievance (done, step (1) + (2) were inclosed in complaint sent 5-20-25)

(332) Which ironically.. go's to the same person.. practice manager J. Womack practice manager le Blanc unit Beaumont, Tex.... Who.. coincidently is in charge of the le blanc Nursing staff. implicated in the claim.

(333) "For the Texas board of nursing", to NOT look into allegations of the crime of sexual assault.. inacted by J. Garcellano Nurse practitioner... Regardless of the fact that they "no longer accept complaints from inmate population" is unjustifiable

(334) To brush off such a huge allegation.. and to shift their responsibilitys to answer such an allegation.. to another entity.. IE "The Texas Department of criminal Justice". a practice, reserved for inmates alone... in order to manipulate, and cover up said actuations regarding (one of their own) Nurse practitioner Garcellano, as well as the nursing staff, le blane unit. To play, a type of "shell game" if you will. To avoid accountability..

(335) This in its self is criminal... to not alert the proper authorities of the crime of sexual assault, as well as violating prea protocol.

Prea Officer T. MC Cullough/Prea manager Le blanc unit Beaumont, Tx

(336) An investagation was done (PREA) on or around 6-3-25 regarding a sexual assault that happened on 1-17-25.. (Some 6 months after the assaut by T. MC cullough prea manager le blanc unit Beaumont, Tex.)

(337) T. MC cullough did not invoke prea protocol as is her Job to do so untill aprox 6 months after the assault accured. Far to late to preform any kind of accurate investagation.. and thus making any evidence that may have been available at the time of the assault.. impossible to retrieve, rendering the investagation worthless..

(338) If by chance, T. MC Cullough was "unaware" of the 1-17-25 assaut due to The Nursing staff not reporting it on that date? She surely would have knew by the Feb-18-25 grievance I wrote complaining of said assault, submitted to MRS Ponder grievance officer Le blanc unit

(339) MRS Ponder, grievance officer, would have contacted prea manager T. mc Cullough of the alleged Sexual assault upon recieving said grievance as is it is her responsiblity by law to do so... T. mc cullough did not inact any investigation at this time.

(340) During this investigation aprox 6-3-25 T. mc cullough tryed to manipulate me by telling me to lie and write "what They" (meaning prea in huntsville TX) wanted to hear.. Trying to get me to alter the truth and falsify a statment regarding a Sexual assault.

(341) After this "investagation" I asked T. Mc cullough prea manager on numerous occasions for information on the outcome of the said investagation I was not only denied this information, but my request asking for this information went unanswered all together, leaving me in the dark on the outcome.

(342) Furthermore, my request for information on the "legal responsibilities of the state" regarding prea (which is my right to have) was also denied by T. MC cullough prea manager.

(343) T. mc cullough has denied me information regarding the assault.. denied access to information regarding legal responsibilitys of the state... denied access to victim advocacy addresses... left in harms way by her "delayed" response of 6 months (Aprox) denying me any kind of closure needed to heal.

(344) Upon my incarceration in 2020 the U.T.M.B, T.D.C.J. team took it upon themselves to "discontinue" my medication used for pain managment, that being hydrocodone.

(345) They gave me no explanation, they gave me no reason for this action, they did not give me a replacement medication Comparable to the hydrocodone as was needed .. as they had the ability to do so. Thus making the Conscience decision to inflict suffering by leaving me in pain.

(346) They gave themselves this authority over my health by creating a "policy".. a pharmaceutical distribution policy .. thats exclusively for inmates only, this policy greatly limits medications availability, and thus in turn dramatically increases suffering .. by far greater than normal "freeworld" Suffering

(347) This "policy" also strips every Doctor, surgeon, and Nurse practitioner of their ability to practice medicine by taking away their ability to proscribe medications... their ability to issue medical equipment .. even their ability to make appointments with other doctors I.E. "pain managment" ect in essence .. striping them of their profession, leaving them helpless, and leaving the patient to suffer needlessly.

(348) Furthermore, by following this policy.. and "playing along" the doctors Surgeons, and Nurse practitioners Commit fraud... by portraying to be a physician knowing full well they do not have the authority to do so thus deceiving the patient into believing that they are .. "looking out for their best intrest".. but in reality they have no power to make any decisions which could be crucial in a patients life.

(349) Womack, senior practice manager: unable to follow policy and procedure regarding grievances .. retalilitory behavior. in charging me co-payments (due to the garcellano incident) .. not reporting the crime of sexual assault after knowing about it aprox 2/25.

(350) U.T.M.B. Nursing board (staff) covering up a sexual assault... retaliation against me by sending me back to garcellano for medical care after the assault and dispite my demands not to go to him by not reporting the crime as by law they are bound to do

(351) ODILI Pauline APRN PM HNP: covering up for "one of their own" by not doumenting testamony give by a victim of sexual assault, ect.

(352) Glasses: 3 years 8 months from resquest #1 to actualy recieving them. Scores of re-referrals.. missed transporation.. redone visual acuity test.

(353) Feet: The defendants did not provide care regarding my feet pain.. dispite their "attempt" to "show an effort" to rectify the problem. Knowing full well (and telling me so) that their efforts were going to be ineffective. dispite the years seeking help.. still in pain.

(354) Colon: dispite the years of asking for help. pain issues persists. 11/23 procedure went bad, many request no help only illusions .. no answers still no better than when I was at grand Zero, 11/23 3 years later.

(355) Constipation: this condition sprang up from the 11/23 procedure on my colon, many request for treatment.. many request for answers only answer given, "drink more water" and "take laxitive" after 3 years problem persists,

(356) I came to the UTMB and only the UTMB being their is no other option for health care.. They took away my pain medication without reason or explantion.. They did this in 2020, and dispite what may be "said" or whatever illusion may be portrayed, the fact is this the only attempt made to stop my pain in 6 years was some Ibuprofen, Tegretol, Cymbalta a few steroid shots, and a brief (2) 7 day allotments of Roboxin All I might add.. (knowing full well by the UTMB medical staff) are inadequate... Dispite several attempts for my neurosurgeon to proscribe strong medicine.

(357) In the end its this: If I came to you for help in 2020 complaining of "neck & Back" pain in particular, and over the years I submit some 50 request for help regarding this subject alone.. and I am still asking for relief, and its a problem you can fix verry easy. then you denied me medical care, and purposely left me in pain, to suffer needlessly

This is unquestionably "Cruel and unusual punishment.

James Korbowski #1675112
Le blanc unit
3695 FM 3514
Beaumont, Texas, 77705




United States Distict Court
300 Willow, st
Suite, 104
Beaumont, Texas, 77701

CLERK, U.S. DISTRICT COURT
RECEIVED
JUL 24 2026
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS